UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

          Plaintiff,

  v.

LESUNI TOVALE,

          Defendant.

Case No. MJ22-021

**DETENTION ORDER**

The Court, having conducted a detention hearing pursuant the Federal Rule of Criminal Procedure 32.1(a)(6) – which incorporates by reference the standards of Title 18, United States Code Section 3143(a)(1) – to detain the defendant pending the final disposition of the supervised release violation in this matter. Based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

(1) Defendant has been charged by a Petition for Warrant for Person Under Probation for the District of Alaska. Defendant is viewed as a risk of nonappearance based on the pending charges, criminal activity, mental health/anger management history, violent behavior history and

DETENTION ORDER - 1

logistics of traveling to Alaska and appearing at his next Court date. The defendant is viewed as a risk of danger based on the nature of the instant offense, criminal activity, mental health/anger management history, and violent behavior history. There is a presumption of detention and the defendant did not overcome the presumption.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 14th day of January, 2022.

PAULA L. MCCANDLIS
United States Magistrate Judge

DETENTION ORDER - 2